IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

FILED

2006 AUG -4 P 12: 50

U.S. DISTRICT COURT
EASTERN DIST. TENN.

BY_____ DEPT. CLERK

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CASE NUMBER 3:06-MJ-1037 |
| | ) | |
| TOMMIE DONDI WARNER | ) | JUDGE SHIRLEY |

## SEALING ORDER

Upon oral motion of the United States of America and for good cause shown,

IT IS ORDERED that the Complaint, Affidavit, Application for Arrest Warrant, Arrest Warrant, Return, Bond papers, and Motion to Seal filed in the above-cited case should be sealed and maintained in the custody of the Clerk of the Court pending further order of this Court. This Order shall remain in effect after any return on the warrant is made, pending further order of the Court.

Enter this the _____ day of August, 2006.

_____
UNITED STATES MAGISTRATE JUDGE